# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|                          |   |                      |
|---|---|---|
| **UNITED STATES**        | : |                      |
| v.                       | : | Cr. No. 24-cr-183-RC |
| **ERIC STAPLES**         | : |                      |

## DEFENDANT'S UNOPPOSED MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE

Defendant Eric Staples, by his attorney, moves this court to modify his conditions of release. In support of this request, defendant states the following:

1. Mr. Staples is currently a resident of Alaska. He moved there with his family about a year-and-a-half ago for a new job. Mr. Staples is a licensed massage therapist and had been employed at a upscale spa about 45 minutes outside of Anchorage.

2. Despite his excellent job performance, the defendant was recently fired because of the pendency of this case. There had been some nasty social media posts about him, and his employer said that they were afraid of a backlash if they retained him as an employee. There is no other available work in the area that would allow the defendant to support his family. Mr. Staples's wife is a stay-at-home mother who takes care of their six-year-old daughter. The family has received no income for the last few weeks.

3. The defendant wishes to move to the Phoenix area. Although he does not have a job offer yet, he has done research to determine the areas where he would be most likely to find work quickly. There are many spas in the area around Phoenix, and Mr. Staples has already filed the

1

necessary paperwork to obtain a massage therapist license in Arizona. He has the qualifications to be waived in; so there is no question that the license will be issued in the near future. He is confident that he will be able to obtain work in his field soon after being allowed to move there.

    4. As the court is aware, one of the standard conditions of release that are imposed on all defendant in January 6 cases is that they not leave the continental United States without permission while on pretrial release. At Mr. Staples's initial appearance before the Magistrate Judge, he objected to that condition on the ground that he lived outside the continental United States. Instead of the standard condition, the Magistrate Judge ordered that the defendant not leave the District of Alaska without permission. Given his need to move in order to support his family, he now asks the court to vacate the order not to leave Alaska and impose the standard condition that he not leave the continental United States without permission from the Pretrial Services Agency. He further prays that the court order the transfer of his pretrial supervision from the court in Anchorage to the one in Phoenix and direct the Anchorage PSA office to return his passport to him so that he can surrender it to PSA in Phoenix.

    5. The defendant has already given notice to his landlord and would be able to move within approximately a week of the court's approval of this request. Given that his family is without income at this time, he respectfully asks the court to rule on this motion as soon as possible.

    6. The government has no objection to the relief requested in this motion.

    **WHEREFORE**, the defendant respectfully prays that the court grant him leave to move to the Phoenix area with his family; that it vacate the condition of release that he must stay in the District of Alaska; that it direct the Pretrial Services Agency in Anchorage to return his passport to him and to transfer supervision of his case to PSA in the U.S. District Court for the District of

Arizona, Phoenix Division; that it order him to surrender his passport to the Phoenix PSA Office; and that it order him not to leave the continental United States without permission from PSA.

Respectfully submitted,

/s/Cheryl D. Stein
Cheryl D. Stein #256693
1824 N. Capitol Street, N.W. #1
Washington, D.C.  20002
(202) 388-4682
cdstein3@verizon.net