# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 24-183 (RC) |
| : | |
| ERIC STAPLES, : | Re Document No.: 11 |
| : | |
| Defendant. : | |

## ORDER

On March 21, 2024, Magistrate Judge Harvey issued an order setting the terms of Defendant Eric Staples's conditions of release. *See* Order Setting Conditions Release ("Order"), ECF No. 7.  One of the conditions requires "Defendant [to] notify the Pretrial Services-District of Alaska/Anchorage in advance of any travel outside of the district." *Id.* at 2.  Defendant now asks the Court to vacate that condition so that he may move from Alaska to Arizona. *See* Def.'s Unopposed Mot. Modification Conditions Release ("Mot.") at 1–2, ECF No. 11.  The Government does not oppose the motion. *Id.* at 2.

It is hereby **ORDERED** that the condition requiring "Defendant [to] notify the Pretrial Services-District of Alaska/Anchorage in advance of any travel outside of the district," Order at 2, is **VACATED**.[1]  It is **FURTHER ORDERED** that Defendant is hereby granted leave to move to Arizona (including, if necessary, through Canada).  Following Defendant's move to Arizona, it is **FURTHER ORDERED** that the conditions of Defendant's release shall be amended such that Defendant shall notify the District of Arizona in advance of any travel outside of that District.  It is **FURTHER ORDERED** that the Pretrial Services Agency in Anchorage shall return Defendant's passport to him.  It is **FURTHER ORDERED** that Defendant shall

---

[1] For the sake of clarity, the condition requiring "Defendant [to] receive Court approval before travel outside of the United States," Order at 2, remains in place.

surrender his passport to the Pretrial Services Agency in Phoenix within three days of his arrival in the state. All other provisions of Magistrate Judge Harvey's order concerning the conditions of supervision remain in place.

    **SO ORDERED**.

Dated: April 17, 2024                                            RUDOLPH CONTRERAS
                                                                                 United States District Judge