# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Criminal Action No.:  24-183 (RC) |
| : | |
| ERIC STAPLES, : | |
| : | |
| Defendant. : | |

## SENTENCING SCHEDULING ORDER

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. sentencing in this matter is set for **September 23, 2024 at 2:00 p.m.** in Courtroom 23A;

2. the probation officer assigned to this case shall disclose the draft pre-sentence investigation report to the parties no later than **August 16, 2024**;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation report to the probation officer no later than **August 30, 2024**;

4. the probation officer shall disclose to the parties and file with the Court the final pre-sentence investigation report no later than **September 6, 2024**; and

5. any party wishing to submit a memorandum in aid of sentencing must do so no later than **September 13, 2024**, with all responses (if any) due by **September 18, 2024**, and all such memoranda and responses thereto must cite to supporting legal authority.

**SO ORDERED**.

Dated:  April 24, 2024　　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge