# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: 24cr183 (RC) |
| v. | 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds) |
| **ERIC STAPLES,** **Defendant.** | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Eric Staples, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police ("USCP"). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.  As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.  At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.  At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Eric Staples's Participation in the January 6, 2021, Capitol Riot*

8. On January 5, 2021, the defendant, ERIC STAPLES, traveled from Houston, Texas to Washington, D.C., where he met up with members of his family and a friend, all of whom had also traveled from out of town. STAPLES had suggested that these family members meet him in Washington, D.C. to attend the "Stop the Steal" rally together.

9. STAPLES posted to his personal Facebook page on January 5, 2021, stating that he was "[o]n [his] way to the snake pit of Washington DC." The post also included the hashtag "#StopTheSteal."

10. On January 6, 2021, STAPLES attended the "Stop the Steal" rally at the area near the White House known as the "Ellipse." STAPLES knew and understood from President Trump's remarks at the rally that Vice President Pence would be present at the Capitol that day.

11. While still at the Ellipse, STAPLES began receiving phone calls from friends asking if he was okay.

12. After attending the rally, STAPLES walked from the Ellipse to the grounds of the U.S. Capitol at around 1:00 PM on January 6, 2021. STAPLES approached the Capitol from the west and entered the area of the Capitol grounds known as the West Plaza.

13. While on Capitol grounds, STAPLES posed for a photograph with his friend, below, in which he held up four fingers to signify "four more years" of a Trump presidency.



14. STAPLES knew at the time he entered U.S. Capitol grounds that he did not have permission to be present on the grounds. While on and near the West Plaza, STAPLES could see

plumes of tear gas billowing in the air, could hear people loudly chanting, and could see some rioters climbing up walls.

15. After law enforcement was forced to retreat from the West Plaza, STAPLES joined the mob in advancing on the Capitol, ultimately reaching the Capitol's Upper West Terrace.

16. While on the Upper West Terrace, STAPLES saw other rioters wearing body armor, helmets, and gas masks. In the still below, from a video STAPLES's friend recorded on the Upper West Terrace, some of these rioters can be seen standing in front of a shattered window and have been circled in red. STAPLES can be seen later in the video standing next to his friend.



17. STAPLES's friend took photographs and videos of the crowd while on the Upper West Terrace, including one video that depicted STAPLES joining other rioters in singing the national anthem.

18. At approximately 2:53 PM, STAPLES entered the U.S. Capitol building through a broken window next to the Senate Wing Door. The image below is a still from U.S. Capitol Closed Circuit Television ("CCTV") depicting STAPLES entrance into the Capitol building. In the image,

STAPLES is circled in red, and his friend is circled in yellow. As STAPLES entered the building, he could see shattered glass on the ground and could hear a high-pitched alarm sounding in the doorway.



19. From his position inside the window, STAPLES could see a line of law enforcement officers in riot gear attempting to contain the mob that had breached the Capitol. This line of officers is visible in a photograph that STAPLES's friend posted to Facebook, seen below.



20. STAPLES remained inside the Capitol building for approximately one and a half minutes before exiting the building via the same broken window through which he entered at 2:55 PM.

21. After entering the Capitol building, STAPLES remained on the Upper West Terrace for approximately ten minutes before leaving Capitol Grounds.

### *Elements of the Offense*

22. The parties agree that 18 U.S.C. § 1752(a)(1) requires the following elements:

    a. First, the defendant entered or remained in a restricted building or grounds without lawful authority to do so.

    b. Second, the defendant did so knowingly.

## *Defendant's Acknowledgments*

23. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that:

   a. STAPLES knew at the time he entered U.S. Capitol grounds that he did not have permission to be present on the grounds;

   b. Prior to entering U.S. Capitol grounds, STAPLES was aware that Vice President Pence would be present at the Capitol that day; *and*

   c. Because Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, STAPLES's presence on Capitol grounds on January 6, 2021, disrupted the orderly conduct of a session of Congress.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   *s/ Sean J. Brennan*
SEAN J. BRENNAN
Assistant United States Attorney
NY Bar No. 5954128
601 D Street NW
Washington, DC 20530
sean.brennan@usdoj.gov
(202) 252-7125

## DEFENDANT'S ACKNOWLEDGMENT

I, Eric Staples, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 4-5-2024

ERIC STAPLES
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 4/8/24

CHERYL D. STEIN
Attorney for Defendant